IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LARRY LEWIS**                                                             **PETITIONER**

**V.**                                            **CIVIL ACTION NO.: 3:18CV243-MPM-JMV**

**STATE OF MISSISSIPPI, ET AL.**                                      **RESPONDENTS**

## ORDER

Petitioner Larry Lewis has filed a petition for a writ of habeas corpus challenging his 2016 State-court conviction and sentence for statutory rape. In attachments to the petition, he includes the name of the minor victim. To afford the victim privacy, the Clerk of Court is **DIRECTED** to restrict access to the petition and its attachments to the parties and the Court. Petitioner is **ORDERED** to refrain from using the name of his minor victim in any future filings with the Court.

**SO ORDERED**, this 15th day of November, 2018.

                                                                                  /s/ Jane M. Virden
                                                                                  UNITED STATES MAGISTRATE JUDGE